UST-32, 3-03

CONSTANTINO FLORES  
Bankruptcy Trustee  
P.O. BOX 511  
PHOENIX, AZ 85001-0511  
(602) 274-4200

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE DISTRICT OF ARIZONA

| In re: | ) | CHAPTER 7 |
|---|---|---|
|  | ) |  |
| ANDERSON, OWEN | ) | CASE NO. 10-23576-PHX-PS |
| ANDERSON, SHERRY ANN | ) |  |
|  | ) |  |
|  | ) | APPLICATION FOR ORDER FOR |
| Debtor(s) | ) | PAYMENT OF UNCLAIMED FUNDS |
|  | ) | U.S. BANKRUPTCY COURT |

CONSTANTINO FLORES, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 5007 | 12/15/2015 | WELLS FARGO BANK<br>PO BOX 63491<br>MAC A143-042<br>SAN FRANSICO, CA 94163 | $19.68 |
| 5008 | 12/15/2015 | FIA CARD SERVICES, NA AS SUCCESSOR IN INTEREST TO<br>BANK OF AMERICA NA AND MBNA AMERICA BANK<br>1000 SAMOSET DRIVE<br>DE5-023-03-03<br>NEWARK, DE 19713 | $526.14 |
| 5009 | 12/15/2015 | US DEPT OF EDUCATION<br>PO BOX 530260<br>ATLANTA, GA 30353-0260 | $1,817.86 |

*April 7, 2016*  */s/ Constantino Flores*  
    DATE                                                   Constantino Flores, Trustee